# 1002

William P. JONES

v.

Jack Leonard ROBBINS, Aetna Insurance Company, Garnishee, Appellant.

No. 16303.

United States Court of Appeals Third Circuit.

Argued March 23, 1967.

Decided April 7, 1967.

David F. Binder, Philadelphia, Pa. (Albert L. Bricklin, Bennett & Bricklin, Philadelphia, Pa., on the brief), for appellant.

Harry R. Kozart, Philadelphia, Pa. (Melvin E. Caine, Angelo A. DiPasqua, Caine & DiPasqua, Media, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and SMITH, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated in the Opinion of Judge Davis at 258 F.Supp. 585 (1966).

Carl A. WETHERBEE and John H. Tyler, Appellees,

v.

NORFOLK, BALTIMORE & CAROLINA LINE, INCORPORATED, for itself and as owner and claimant of the TUG CAROLINA, Appellants.

No. 10935.

United States Court of Appeals Fourth Circuit.

Argued March 10, 1967.

Decided March 29, 1967.

John P. Harper, Norfolk, Va. (Worthington, White & Harper, Norfolk, Va., on brief), for appellants.

Carter B. S. Furr, Norfolk, Va. (Jett, Sykes & Berkley, Norfolk, Va., on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BOREMAN and BRYAN, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and argument of counsel, we find no error affecting the substantial rights of the parties.

Affirmed.